[L. A. No. 7909.   In Bank.—July 31, 1925.]

JOHN ROBERTS, Plaintiff, Cross-defendant and Respondent, v. SECURITY TRUST & SAVINGS BANK (a Corporation) et al., as Executors, etc., Defendants, Cross-complainants and Respondents; SECURITY TRUST & SAVINGS BANK (a Corporation) et al., Defendants, Cross-defendants and Respondents; UNITED STATES FIDELITY & GUARANTY COMPANY (a Corporation), Cross-defendant and Appellant.

[1] SUPERSEDEAS — MECHANICS' LIENS FORECLOSURE ACTION — AFFIRMANCE OF JUDGMENT—LACK OF PREJUDICE.—On an application by the defendant surety company, in an action to foreclose mechanics' and materialmen's liens, for a writ of *supersedeas* pending the final determination of the action on appeal, where the petitioner admits that if the judgment as rendered by the trial court is affirmed *in toto* no prejudice will be suffered by it, and the appellate court hands down its decision affirming the judgment of the trial court as rendered, the writ will be denied.

(1) 3 **C. J.**, p. 1291, n. 69 New, 76 New.

APPLICATION for a Writ of Supersedeas pending final determination on appeal of a mechanics' liens foreclosure action.   Writ denied.

The facts are stated in the opinion of the court.

Lawler & Degnan for Appellant.

Newlin & Ashburn, G. C. De Garmo, H. B. Cornell, and Culver & Nourse, for Respondents.

Gibson, Dunn & Crutcher and H. F. Prince, *Amici Curiae.*

THE COURT.—[1] In its application for a writ of *supersedeas* pending the final determination of this action on appeal the petitioner admits that if the judgment as rendered by the trial court is affirmed *in toto* no prejudice will be suffered by it.   The court has this day handed down its judgment affirming the judgment of the trial court as rendered.

For that reason the writ is denied.